07 CIV 7443

JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
LEXINGTON INSURANCE CO., CONTINENTAL
CASUALTY COMPANY and HARTFORD FIRE      :   Case No.: ___ Civ. ____ ( )
INSURANCE COMPANY, as subrogees of
L&B Realty Advisors, Inc.,                           :   **RULE 7.1 STATEMENT**

               Plaintiffs,                :

    -against-                                          :

GVA WILLIAMS LLC,                                    :

               Defendant.               :

-------------------------------------------------------------- x

RECEIVED AUG 22 2007 U.S.D.C. S.D.N.Y. CASHIERS

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certifies as follows:

    1.    Lexington Insurance Company is 70% owned by National Union Fire Insurance Company of Pittsburgh, PA, 20% by The Insurance Company of the State of Pennsylvania and 10% by Birmingham Fire Insurance Company. National Union Fire Insurance and the Insurance Company of The State of Pennsylvania are 100% owned by American International Group, Inc., which is a publicly traded company.

2. Hartford Fire Insurance Company is a wholly owned subsidiary of the

Hartford Financial Services Group

Dated: New York, New York
       August 21, 2007

                                                                                             ROBINSON & COLE LLP

By: _____
Michael B. Golden (MG-0633)
Attorneys for Plaintiffs
885 Third Avenue, 28th Floor
New York, NY 10022
(212) 451-2900