UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
LEXINGTON INSURANCE CO., CONTINENTAL
CASUALTY COMPANY and HARTFORD FIRE   : Case No. 07 CIV. 7443 (LAK)(DFE)
INSURANCE COMPANY, as subrogees of
L&B Realty Advisors, Inc.,           : **NOTICE OF PLAINTIFFS'**
                                       **VOLUNTARY DISMISSAL**
            Plaintiffs,              : **PURSUANT TO RULE 41(a)**

   -against-
                                     :
GVA WILLIAMS LLC,
                                     :
            Defendant.
                                     :
------------------------------------------------------------------ x

Whereas, defendant has neither filed an answer or a motion for summary judgment,

plaintiffs hereby dismiss this action, without prejudice, pursuant to Fed.R.Civ.P. Rule 41(a)(1).

Dated: New York, New York
       September 21, 2007

                                        ROBINSON & COLE LLP

                                        By: _____
                                        Michael B. Golden, Esq. (MBG-0633)
                                        Attorneys for Plaintiffs
                                        885 Third Avenue, Suite 2800
                                        New York, NY 10022
                                        212-451-2911

NEWY1-612019-1
09/21/07 11:56 AM