UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

| | |
|---|---|
| LEXINGTON INSURANCE CO., CONTINENTAL CASUALTY COMPANY and HARTFORD FIRE INSURANCE COMPANY, as subrogees of L&B Realty Advisors, Inc., <br><br> Plaintiffs, <br><br> -against- <br><br> GVA WILLIAMS LLC, <br><br> Defendant. | : Case No. 07 CIV. 7443 (LAK)(DFE) <br><br> : **NOTICE OF PLAINTIFFS' VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)** |

-------------------------------------------------------------- x

[Stamp: OCT 2 - 2007 JUDGE KAPLAN'S CHAMBERS]

Whereas, defendant has neither filed an answer or a motion for summary judgment,

plaintiffs hereby dismiss this action, without prejudice, pursuant to Fed.R.Civ.P. Rule 41(a)(1).

Dated: New York, New York
       September 21, 2007

ROBINSON & COLE LLP

By: _____
Michael B. Golden, Esq. (MBG-0633)
Attorneys for Plaintiffs
885 Third Avenue, Suite 2800
New York, NY  10022
212-451-2911

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ
10/3/07

NEWY1-612019-1
09/21/07 11:56 AM